AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

| Devlin Jermaine Jackson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:10-cv-00239-RBH |
| Warden FCI Edgefield | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: As Petitioner has failed to prosecute this case and has failed to comply with an Order of this Court, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge R. Bryan Harwell ~~on a motion for~~

Date: 03/16/2010

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*